# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-2777

_____

| | | |
|---|---|---|
| Eric L. Wesson, | * | |
| | * | |
| Appellant, | * | Appeal from the United States |
| | * | District Court for the Western |
| v. | * | District of Missouri. |
| | * | |
| United States of America, | * | [UNPUBLISHED] |
| | * | |
| Appellee. | * | |

_____

Submitted: February 26, 2004

Filed: February 27, 2004

_____

Before MORRIS SHEPPARD ARNOLD, FAGG, and SMITH, Circuit Judges.

_____

PER CURIAM.

Eric L. Wesson appeals the district court's* order dismissing as time-barred Wesson's Federal Tort Claims Act (FTCA) suit against the United States. Under 28 U.S.C. § 2401(b), an FTCA claim against the United States is barred unless presented to the appropriate federal agency within two years after the claim accrues. Wesson presented his claim to the Veteran's Administration in July 2001, and we agree with the district court Wesson knew of the alleged injury and suspected its cause by at

_____

*The Honorable Dean Whipple, Chief Judge, United States District Court for the Western District of Missouri.

least August 1993.  <u>See</u> <u>Motley v. United States</u>, 295 F.3d 820, 822 (8th Cir. 2002).
Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

_____